UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUA THOR (A-023-881-074), | No. 1:26-cv-01822-DJC-EFB (HC) |
| Petitioner, | |
| v. | RELEASE ORDER |
| WARDEN OF THE GOLDEN STATEANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2026 are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents SHALL IMMEDIATELY RELEASE petitioner, Loua Thor (A-023-881-074), under the previously imposed conditions of supervision.

4. Respondents are ENJOINED AND RESTRAINED from revoking petitioner's supervision unless and until they comply with all procedures set forth in 8 C.F.R. § 241.13(i), any other applicable statutes and regulations, and the requirements of due process.

5. The Clerk of the Court is directed to serve Golden State Annex with a copy of this Order.

6. The Clerk of Court is further directed to enter judgment in petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2